**Order filed July 23, 2019**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00991-CV**

———————

**CINDY HARRELL, SUCCESSOR OF TRUSTEE OF THE SAM MINCHEN REVOCABLE LIVING TRUST, Appellant**

**V.**

**EVERETT STOVALL, AS INDEPENDENT EXECUTOR OF THE SAM MINCHEN ESTATE; JASON EWING ALLEN; AND HOWARD STREET CONDOS, L.P., Appellees**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 78434-CV**

---

# O R D E R

Appellant's brief was due July 12, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 7, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM